Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

|  |  |
|---|---|
| Mehmet U. Koksu <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> The Boeing Company <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:26-cv-475-WWB-PDB <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mehmet U. Koksu |
| Street Address | P.O. Box 335 |
| City and County | Mercer Island, King County |
| State and Zip Code | WA, 98040 |
| Telephone Number | (904) 403 7746 |
| E-mail Address | mkbestinwest@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: The Boeing Company
- Job or Title *(if known)*:
- Street Address: 929 Long Bridge Drive
- City and County: Arlington, Arlington County
- State and Zip Code: VA 22202
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number  
E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Boeing Aerospace Operations ltd. DBA: Boeing Aerospace Company_Jacksonville MRO Facilities. |
| Street Address | 5868 Approach Rd, _ Cecil Field Boeing Building 57-586 |
| City and County | Jacksonville _ Duval County |
| State and Zip Code | FL 32221 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

This action arises under the Family and Medical Leave Act (29 U.S.C. § 2601 et seq.)

☒ Relevant state law *(specify, if known)*:

This Court has federal question jurisdiction under 28 U.S.C. § 1331. Venue is proper in the Middle District of Florida because the unlawful employment practices occurred in Jacksonville, Florida.

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Plaintiff was pressured to resign within 20 days, with the promise of retaining relocation benefits and severance only if he quit; he refused and continued working. Defendant withheld accrued PTO valued at approximately $31,107.69 related to relocation repayment, denied emergent medical leave and accommodations for Plaintiff's disabilities, and reassigned duties to significantly younger, non-disabled employees. Following termination, Plaintiff sought reemployment or contract opportunities with Defendant but was informed he was not eligible for rehire as a direct employee or contractor. These actions demonstrate ongoing retaliatory animus and discriminatory treatment based on age, disability, and protected activity.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

Plaintiff was recruited by Defendant, The Boeing Company, on April 23, 2021. On February 2, 2024, Plaintiff was internally recruited to a Senior Mission Systems Engineering IPT position and began reporting to senior leadership in Seattle, Washington. On March 8, 2024, Plaintiff reported to Boeing Aerospace Operations, Inc. at the Cecil Field facility in Jacksonville, Florida.

After beginning work in Jacksonville, Plaintiff's manager denied PTO and sick leave, interfered with relocation tasks, and imposed adverse working conditions. In July 2024, Plaintiff raised concerns to management and Human Resources regarding transparency and engineering resource shortfalls. After doing so, Plaintiff was excluded from meetings, stripped of responsibilities, and placed on a Performance Improvement Plan on August 8, 2024. On August 12, 2024, Plaintiff filed an internal Ethics complaint regarding retaliation and mismanagement.

In August 2024, Plaintiff was denied leave for medical appointments related to chronic health conditions. On September 13, 2024, Plaintiff was certified for FMLA leave due to disability. Plaintiff returned to work on December 2, 2024, but was not restored to an equivalent position. His duties and system access were restricted, and Defendant did not provide reasonable accommodations for his medical conditions or accessibility needs. On January 23, 2025, the same day his medical restrictions expired, Defendant terminated his employment. His duties were reassigned to significantly younger, non-disabled employees.

After termination, Plaintiff sought reemployment or contract work with Defendant but was informed he was not eligible for rehire.

Defendant's actions interfered with Plaintiff's FMLA rights, failed to restore him to an equivalent position, failed to provide reasonable accommodations for disability and accessibility, discriminated against him based on disability and age, retaliated against him for protected activity, and caused loss of wages, benefits, and other damages

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☒ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

Plaintiff had medical conditions, including anxiety and tinnitus, that substantially limited major life activities including concentration, sleep, and neurological function. Defendant was aware of these conditions and failed to provide reasonable accommodation.

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff was employed by The Boeing Company for approximately 27 years and most recently served as a Senior Mission Systems Engineering Lead at Defendant's Jacksonville, Florida facility.
On or about July 17, 2024, Plaintiff raised concerns to management and Human Resources regarding program transparency, staffing, and mission systems risks. Shortly thereafter, Plaintiff began experiencing adverse treatment, including exclusion from meetings and reassignment of responsibilities.
On August 8, 2024, Plaintiff was placed on a Performance Improvement Plan. Plaintiff believes this action was retaliatory and discriminatory.
Plaintiff requested medical leave due to a serious health condition. Plaintiff's physician approved leave under the Family and Medical Leave Act (FMLA) beginning September 13, 2024. Plaintiff took protected leave.
While Plaintiff was on protected leave, responsibilities were reassigned and negative performance documentation continued.
Plaintiff returned to work on December 2, 2024. On January 23, 2025, Defendant terminated Plaintiff's employment.
Plaintiff believes he was discriminated against because of his age and disability, and retaliated against for exercising rights under the FMLA and for raising workplace concerns.
As a result, Plaintiff suffered loss of employment, wages, benefits, and other damages.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11/25/2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   12/9/2025   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒   60 days or more have elapsed.
☐   less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks recovery of back pay, front pay, liquidated damages under FMLA, compensatory damages under ADA, reinstatement or front pay in lieu thereof, costs, withheld PTO compensation, and all other appropriate relief. Plaintiff estimates back pay from $168,000/year since January 23, 2025, front pay, and other compensatory damages due to financial hardship, unpaid loans, and relocation loss.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/4/2026

Signature of Plaintiff: _/s/ [signature]_

Printed Name of Plaintiff: Mehmet U. Koksu

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |